UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-13649-EEB |
| EL RANCHO COLORADO RESTAURANT, LLC ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**SUPPLEMENT TO MOTION TO: 1) APPROVE CONTRACT TO BUY AND SELL REAL ESTATE (COMMERCIAL); AND 2) SELL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(f)**

The Debtor, El Rancho Colorado Restaurant, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states their supplement to the *Motion to: 1) Approve Contract to Buy and Sell Real Estate (Commercial); and 2) Sell Property Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363(f)* (Docket No. 32) ("Sale Motion") as follows:

1. The Debtor filed its voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on September 22, 2022 ("Petition Date"). The Debtor remains a debtor in possession and is in operation of its business pursuant to 11 U.S.C. §§ 1107 and 1108.

2. The Debtor is a Colorado limited liability company that owns the improved real property located at 29260 U.S. Highway 40, Evergreen, Colorado 80439 ("Evergreen Property") and all personal property located therein, including, without limitation, the restaurant equipment and brewery equipment ("Restaurant Assets" and together with the Evergreen Property, the "Estate Assets"). A separate but related company, El Rancho Brewing Company, Inc. ("Brewing Co.") operated the brewery and restaurant operations in the Evergreen Property on a pre-petition basis.

3. Consistent with the Sale Motion, the Evergreen Property is encumbered by a first position Deed of Trust in favor of First Bank in the amount of approximately $1,455,600, and a second position Deed of Trust in favor of EFM 1, LLC, successor in interest to Colorado Lending Source, in the amount of approximately $922,000. The Evergreen Property is also encumbered by a tax lien in the amount of approximately $189,205.30 for unpaid real property taxes.

4. The Debtor filed the Sale Motion on October 12, 2022, seeking authority to sell substantially all of the Debtor's assets to a third party buyer, 1948 Holdings, LLC ("Buyer"), for

1

a total purchase price of $2.7 million. The Sale Motion further requests authorization for the sale to be free and clear of all liens, claims, and encumbrances, including the leasehold interest of Brewing Co., pursuant to 11 U.S.C. § 364(f).

5. On October 12, 2022, the Debtor filed a Certificate of Service for the Sale Motion (Docket No. 35), identifying the parties on whom the Sale Motion was served by regular first class mail. The Certificate of Service includes, as is relevant here, the following parties who have an interest in the Estate Assets:

a. EFM 1, LLC
 **Ronald Antonio, Registered Agent**
 3200 Cherry Creek South Drive, Suite 380
 Denver, CO 80209

b. EFM 1, LLC
 141 Union Blvd., Suite 425
 Lakewood, CO 80222

c. El Rancho Brewing Company, LLC
 c/o Paul Vincent, Manager
 29260 US Highway 40
 Evergreen, CO 80439

6. The address listed for EFM 1, LLC is consistent with the information listed for EFM 1, LLC on the Colorado Secretary of State database. A copy of the corporate registration data from the Colorado Secretary of State is attached hereto as Exhibit A. Additional addresses located for EFM 1, LLC were also included out of an abundance of caution.

7. The address listed for El Rancho Brewing Company, Inc. is also consistent with the information listed of the company with the Colorado Secretary of State database. A copy of the corporate registration data from the Colorado Secretary of State is attached hereto as Exhibit B.

8. A subsequent Amended Certificate of Service was also filed on October 12, 2022 (Docket No. 38). The Amended Certificate of Service identifies additional parties to whom the Motion was sent, including additional addresses and notice to taxing authorities.

9. Counsel for the Debtor has also had direct communication with the attorney for EFM 1, LLC and with the manager of Brewing Co., Paul Vincent. As indicated herein, both parties have consented to the sale proposed by the Debtor.

WHEREFORE, the Debtor prays that the Court make and enter an Order: 1) approving the Sale Contract; 2) authorizing the sale of the substantially all of the assets of the Debtor free and

clear of liens, claims and encumbrances; 3) authorizing the Debtor to pay secured claims and customary closing costs at closing on the sale; and 4) for such further and additional relief as to the Court may appear just and proper.

Dated: October 14, 2022              Respectfully submitted,

                                              By:     */s/ Keri L. Riley*
                                                    Keri L. Riley, #47605
                                                    **KUTNER BRINEN DICKEY RILEY, P.C.**
                                                      1660 Lincoln Street, Suite 1720
                                                      Denver, CO 80264
                                                      Telephone: (303) 832-2400
                                                      E-Mail: klr@kutnerlaw.com

## Consent to Sale

I, CRAIG CALVERT the OWNER for EFM 1, LLC, have reviewed the Contract to Buy and Sell Real Estate (Commercial) by and between El Rancho Colorado Restaurant, LLC and 1948 Holdings, LLC am familiar with the terms of the proposed sale. On behalf of EFM 1, LLC, I am authorized to consent to the sale of the assets in which EFM 1, LLC has a second-position interest in accordance with the terms and conditions of the Sale Contract and payment of EFM 1, LLC's interest at closing or as otherwise agreed to by the parties.

Dated: October 14, 2022            EFM I, LLC

By: _____
_____, its _____


I, _____, the _____ of El Rancho Brewing Company, Inc., have reviewed the Contract to Buy and Sell Real Estate (Commercial) by and between El Rancho Colorado Restaurant, LLC and 1948 Holdings, LLC am familiar with the terms of the proposed sale. On behalf of El Rancho Brewing Company, Inc., I am authorized to consent to the sale free and clear of El Rancho Brewing Company, Inc.'s leasehold interest in accordance with the terms and conditions of the Sale Contract. El Rancho Brewing Company, Inc. reserves the right to assert a claim, if any, arising from the rejection of its leasehold interest.

Dated: October 14, 2022            EL RANCHO BREWING COMPANY, INC.

By: _____
_____, its _____

4

## Consent to Sale

I, _____, the _____ for EFM 1, LLC, have reviewed the Contract to Buy and Sell Real Estate (Commercial) by and between El Rancho Colorado Restaurant, LLC and 1948 Holdings, LLC am familiar with the terms of the proposed sale. On behalf of EFM 1, LLC, I am authorized to consent to the sale of the assets in which EFM 1, LLC has a second-position interest in accordance with the terms and conditions of the Sale Contract and payment of EFM 1, LLC's interest at closing or as otherwise agreed to by the parties.

Dated: 10/14/2022              EFM I, LLC

                               By:_____
                               _____, its _____


I, _Paul Vincent_, the _Manager_ of El Rancho Brewing Company, Inc., have reviewed the Contract to Buy and Sell Real Estate (Commercial) by and between El Rancho Colorado Restaurant, LLC and 1948 Holdings, LLC am familiar with the terms of the proposed sale. On behalf of El Rancho Brewing Company, Inc., I am authorized to consent to the sale free and clear of El Rancho Brewing Company, Inc.'s leasehold interest in accordance with the terms and conditions of the Sale Contract. El Rancho Brewing Company, Inc. reserves the right to assert a claim, if any, arising from the rejection of its leasehold interest.

Dated: 10/14/2022              EL RANCHO BREWING COMPANY, INC.

                               By: _Paul Vincent_
                               _10/14/22_, its _Manager_

4